■ THE PEOPLE OF THE STATE OF NEW YORK, by DENNIS C. VACCO v ALAMO RENT A CAR, INC. (And Other Actions.) [646 NYS2d 269] —Motion insofar as it seeks reargument denied; and insofar as it seeks leave to appeal to the Court of Appeals, the motion is granted. The unpublished order of this Court entered on June 13, 1996 (M-3118) is recalled and vacated. Concur—Murphy, P. J., Rubin, Kupferman, Ross and Tom, JJ.